7jgmtwoh (7/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

*In Re:* Thomas A. Newberry
*Debtor*

*Bankruptcy Case No.*
14–61582–abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
15–06022–abf

v.

**Cheryl Suzanne Singleton**
**Janelle Andrea Hollingsworth**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is entered in favor of Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against Defendant, Cheryl Suzanne Singleton and Janelle Andrea Hollingsworth. The Trustee is authorized to sell the property described in the Court's Order for Judgment(Doc. #16), entered by the court on 9/28/2015, free and clear of any co–ownership of the Debtor or the Defendants and from any claims or security interest. The Trustee shall pay any lawful and perfected secured claims as a judge by this Court. FURTHER ORDERED, the Trustee shall distribute to the Defendants and the estate the net proceeds of the sale, less costs and expenses, including attorney fees of $2,500.00.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 9/28/15

Court to serve